**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE CALDWELL TRUST COMPANY, as
Personal Representative of the Estate of
Ricardo Sanchez,

        Plaintiff,

v.                                         Case No. 8:03-cv-480-T-17MSS

UNITED STATES OF AMERICA,

        Defendant.
_____/

## NOTICE OF SETTLEMENT UNDER LOCAL RULE 3.08

      Defendant, United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice to this Honorable Court that the above-styled case has been settled. It is respectfully suggested that the case be dismissed without prejudice and that the court file be closed administratively, subject to the commitment of the parties to submit a final stipulation within 60 days, under the terms and conditions of Local Rule 3.08.

                                                Respectfully submitted,

                                                **PAUL I. PEREZ**
                                                United States Attorney

                By:   */s/ Warren A. Zimmerman*
                        **WARREN A. ZIMMERMAN**
                        Assistant United States Attorney
                        Chief, Civil Division
                        Florida Bar No. 0652040
                        400 North Tampa Street, Suite 3200
                        Tampa, Florida 33602
                        Telephone: (813) 274-6335
                        Facsimile: (813) 274-6200
                        Warren.Zimmerman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

wep@grossmanandroth.com
(William E. Partridge, Esquire
Grossman, Roth and Partridge
1800 Second Street, Suite 777
Sarasota, Florida 34236)

I hereby certify that on March 31, 2006, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States mail, postage prepaid, to the following attorney for a nonparty:

Floyd Faglie, Esquire
Agency for Health Care Administration
2002 Old St. Augustine Road, Suite E-42
Tallahassee, Florida 32301


 /s/ Warren A. Zimmerman
**WARREN A. ZIMMERMAN**
Assistant United States Attorney


N:\_Civil Cases\M\mateo_2003V00979\p_Notice of Settlement Under Rule 3-08.wpd